**No. 48259.**—Protests 10681–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and or grooving, were sustained.

BEFORE THE THIRD DIVISION, MAY 7, 1943

**No. 48260.**—Protests 24226–K, etc., of Cherry Co. Ltd., et al. (Honolulu).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim under paragraph 1558 was sustained.

**No. 48261.**—Protest 85049–K of Aeolian Shipping Co. (New York).

Opinion by CLINE, J. The merchandise was exported from Yugoslavia and was entered as "Kefalotyri cheese." The uncontradicted evidence showed that it is in fact Romano type cheese in original loaves, in brine. So much of the shipment as remained in warehouse on November 15, 1941 was held dutiable at 5 cents per pound, but not less than 25 percent ad valorem under paragraph 710, as modified by said trade agreement. The protest was overruled as to all other merchandise.

**No. 48262.**—Protests 94900–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Strauss-Eckardt Co.* v. *United States* (T. D. 48272) the claim under paragraph 1403 was sustained.

BEFORE THE SECOND DIVISION, MAY 8, 1943

**No. 48263.**—Protests 9435–K, etc., of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J. Upon the agreed facts certain knotted hemp hats and manila hemp hats were held dutiable as hemp hats, not blocked or trimmed, and not bleached, dyed, colored, or stained, at 25 percent ad valorem under paragraph 1504 (b) (1) as claimed. Abstract 46497 and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) followed.